### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FLAGSHIP INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 3:07-CV-213-DRH |
| | ) | |
| v. | ) | Judge David R. Herndon |
| | ) | |
| **Michael Bigelow, BBServers Company,** | ) | |
| **BBGameServers, and MakeAVoice.com,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court upon Plaintiff's Motion for Default Judgment (Doc. 13).

IT IS THE ORDER of this COURT that Plaintiff Flagship Industries, Inc.'s Motion for Default Judgment is GRANTED. The COURT further orders as follows:

(a) Defendants and any and all persons and entities in active concert or participation with any of them are hereby permanently enjoined from using misappropriated FLAGSHIP property;

(b) Defendants and any and all persons and entities in active concert or participation with any of them shall immediately destroy any and all materials in Defendants' possession, custody, or control that reflect, relate to, and/or derive from misappropriated FLAGSHIP property;

(c) Defendants shall immediately pay to FLAGSHIP the sum of $7,260.96 as compensation for FLAGSHIP's reasonable attorneys' fees and litigation costs incurred in connection with this action;

(d) Defendants shall pay to FLAGSHIP the greater of either defendants' profits or statutory damages for copyright infringement of $150,000, provided that FLAGSHIP may pursue discovery from Defendants under Rule 69(b) of the Federal Rules of Civil Procedure prior to electing from these remedies; and

(e)         Defendants shall pay to FLAGSHIP the reasonable attorneys' fees and litigation costs that it may incur in connection with enforcement of the Court's Order.

**IT IS SO ORDERED.**

**DATED: October 18th, 2007**

/s/    DavidRHerndon
**Chief Judge
United States District Court**